**JS-6**

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11

BERNARD WEISS, an Individual; and
CAROL WEISS, an Individual,

12

                    Plaintiffs,

13

        vs.

14

TAKEDA PHARMACEUTICALS
NORTH AMERICA, INC.; TAKEDA

15

PHARMACEUTICALS
INTERNATIONAL, INC.; TAKEDA

16

PHARMACEUTICAL COMPANY
LIMITED; TAKEDA

17

PHARMACEUTICALS, LLC;
TAKEDA GLOBAL RESEARCH &

18

DEVELOPMENT CENTER, INC;
TAKEDA SAN DIEGO, INC.; and

19

DOES 1 through 100, Inclusive,

20

                    Defendants.

21
22
23
24
25
26
27
28

Case No. 2:11-cv-10341 VAP (OPx)

Assigned to Hon. Virginia A. Phillips

**ORDER TO REMAND**

---

**[PROPOSED] ORDER TO REMAND**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of the parties' stipulation, it is hereby ordered that this action is **REMANDED** to the Superior Court of California, County of Los Angeles. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this Court.

**IT IS SO ORDERED.**

Dated:  February 7_, 2012

By: _____
Virginia A. Phillips
United States District Judge
Central District of California

2

**[PROPOSED] ORDER TO REMAND**